UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* Deborah Lynn Getchman, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:21-CV-00951-JMB |
| | ) | |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| FISERV SOLUTIONS, LLC, | ) | |
| and FISERV, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF INTERVENTION
## FOR PURPOSE OF SETTLEMENT AND REQUEST TO LIFT SEAL

Pursuant to the False Claims Act (FCA), 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in this civil action for purposes of settlement.

The United States, Relator Lynn Getchman, and Defendants have reached an agreement ("Settlement Agreement") that will resolve all FCA claims in this civil action.

Pursuant to the terms of the Settlement Agreement, the United States and Relator expect to file a Stipulation of Dismissal dismissing all FCA claims in this civil action after the United States' receipt of the Settlement Amount.

The United States requests that the Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers already on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone solely for the purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States requests that the seal be lifted on all matters occurring in this action after the date of the Court's Order on this Notice.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

By: /s/ Suzanne J. Moore
SUZANNE J. MOORE, #45321MO
Assistant United States Attorney
111 S. 10th St., Room 20.333
St. Louis, Missouri 63102
P: (314) 539-2200
F: (314) 539-2196
suzanne.moore@usdoj.gov

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically mailed this 8th day of October, 2025, to the following:

Morry S. Cole
Jason D. Sapp
Gray, Ritter & Graham P.C.
701 Market St., Ste. 800
St. Louis, MO 63101

*Attorneys for Relator*

/s/ Suzanne J. Moore
Assistant United States Attorney