UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* Deborah Lynn Getchman, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | No. 4:21-CV-951-JMB |
| FISERV SOLUTIONS, LLC, <br> and FISERV, INC. | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

## **ORDER**

It is hereby **ORDERED** that:

1. This Action is dismissed with prejudice as to Relator;

2. This Action is dismissed with prejudice as to the United with respect to the Covered Conduct set forth in the Settlement Agreement and without prejudice as to the United States as to all remaining claims; and

3. The Court shall retain jurisdiction of this case for purposes of enforcing the terms of the parties' Settlement Agreement.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of October, 2025.